```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO: CR-04-2160-LRS |
| Plaintiff, ) | |
| ) | **ORDER QUASHING WARRANT** |
| ) | **FOR ARREST OF MATERIAL WITNESS** |
| v. ) | |
| ) | |
| NICANDRO ARREGUIN-PINEDA, ) | |
| ) | |
| Defendant. ) | |

This matter coming before the above Court on the government's motion to quash the material witness warrant for JUAN TORRES-PALOMARES;

and the Court having reviewed the files and the records herein;

**IT IS HEREBY ORDERED:**

That the arrest warrant issued in the above-referenced matter shall be quashed.

ENTERED this 13th day of October, 2005.

s/Lonny R. Suko
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE